NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000814
10-SEP-2014
08:49 AM

NO. CAAP-14-0000814

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE INTEREST OF H CHILDREN

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 11-00131)

ORDER GRANTING THE AUGUST 25, 2014
MOTION TO WITHDRAW APPEAL
OR IN THE ALTERNATIVE TO DISMISS APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Motion to Withdraw Appeal or in the Alternative to Dismiss Appeal, filed on August 25, 2014, by Appellant Court Appointed Special Advocate program (**Appellant**), the papers in support and the record, and noting no opposition, it appears that Appellant seeks to dismiss the appeal.

IT IS HEREBY ORDERED that the motion is granted, and the appeal is dismissed. Each party shall bear its own fees and costs.

DATED: Honolulu, Hawai'i, September 10, 2014.

Chief Judge

Associate Judge

Associate Judge